# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Antwon Cornett,

    Petitioner,

        v.                                          Case No.   1:17cv624

Warden, London
Correctional Institution,                       Judge Michael R. Barrett

    Respondent.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on October 19, 2018 (Doc. 10).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 10) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 10) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, Petitioner's Petition for a Writ of Habeas Corpus (Doc. 3) is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 2254 on the ground that the petition is time-barred under 28 U.S.C. § 2244(d).

Any request for certificate of appealability or request to certify an appeal would not be taken in good faith and would be denied.

**IT IS SO ORDERED.**

               *s/Michael R. Barrett*
               Michael R. Barrett, Judge
               United States District Court